UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **KINDRA HART,** | § | |
| Plaintiff, | § | |
| v. | § | 1:25-CV-00613-ADA-ML |
| **TEXAS MILITARY DEPARTMENT,** | § | |
| Defendant. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 21. The report recommends that the Court **GRANT** Defendant's Motion to Dismiss Plaintiff's Original Complaint (ECF No. 6) and **DISMISS WITHOUT PREJUDICE** Ms. Hart's disability discrimination claim (as it has been withdrawn) and **DISMISS WITHOUT PREJUDICE** Ms. Hart's pregnancy-discrimination claim as inadequtaely plead but with leave to amend. ECF No. 21 at 7–8. The report and recommendation was filed on October 6, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). As of today, neither party has filed objections. *See* ECF No. 22.

When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error

on the face of the record in order to accept the recommendation."). The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Lane (ECF No. 21) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (ECF No. 6) is **GRANTED** in accordance with the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint is **DISMISSED WITHOUT PREJUDICE** with leave to amend within fourteen (14) days of the date of this Order.

**SIGNED** this 28th day of October, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE