**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **KINDRA HART,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL NO. 1:25-CV-613-ADA-ML** |
| | § | |
| **TEXAS MILITARY DEPARTMENT,** | § | |
| **Defendant.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane. ECF No. 33. The report recommends that this Court **DENY** Defendant's Motion to Dismiss and Motion to Stay Discovery (ECF No. 28).

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). The district court may decline a party's request to hear new evidence not before the Magistrate Judge. Fed. R. Civ. P. 72(b)(3).

Defendant filed objections on March 12, 2026. ECF No. 34. The Court has conducted a *de novo* review of Plaintiff's complaint, the applicable laws, and the defendant's Motion and

objections. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane (ECF No. 33) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss and Stay the Case is **DENIED**.  *See* ECF No. 28.

**SIGNED** 04/01/2026.

**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**

2